Argued and submitted October 27, reversed and remanded for new trial
November 22, 1989

## STATE OF OREGON,
*Respondent,*

*v.*

## SUSAN M. HOVESKELAND,
*Appellant.*

(P060126, P060127; CA A60739 (Control), A60740)
(Cases Consolidated)

782 P2d 957

Henry M. Silberblatt, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals her convictions for driving under the influence of intoxicants, ORS 813.010, and driving without a valid license. ORS 807.010. She contends that the court erred by denying her motion to suppress evidence that was made on the ground that the officer did not have a reasonable suspicion to support his stop of the vehicle that she was driving. The state concedes that the court erred. We agree.

Reversed and remanded for new trial.